Opinion approved by the Court.

**Dodd HAYES, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28111.**

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

The offense is the unlawful sale of whisky in a dry area; the punishment, sixty days' confinement in jail and a fine of $500.

The record before us contains no statement of facts.

Appellant's objections to the trial court's charge are not subject to the consideration of this court.

The judgment is affirmed.